[No. 18315-7-III.   Division Three.   July 3, 2001.]

DEBRA K. SADLER, *Individually and as Personal Representative, Appellant*, v. EMPIRE HEALTH CENTER GROUP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03570-6, Kathleen M. O'Connor, J., entered February 22, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 18743-8-III; 18747-1-III;   Division Three.   July 3, 2001.]
18759-4-III; 18776-4-III;
18809-4-III; 19063-3-III.

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO MAYORGA DESANTIAGO, ET AL., *Appellants*.
THE STATE OF WASHINGTON, *Appellant*, v. ARMANDO MAYORGA DESANTIAGO, *Respondent*.

Appeals from judgments of the Superior Court for Grant County, Nos. 99-1-00111-0, 99-1-00113-6, 99-1-00103-9, 99-1-00110-1, and 99-1-00112-8, Evan E. Sperline, J., entered September 7 and December 20, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ. Now published at 108 Wn. App. 855.

[Nos. 18847-7-III; 19483-3-III.   Division Three.   July 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP LYMAN SCHAEFER, *Appellant*.
*In the Matter of the Personal Restraint of* PHILLIP SCHAEFER, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01136-9, Salvatore F. Cozza, J., entered October 22, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.